# Sun Times

1 : 13 CV 2127

7/27/2016  8/03/2016  8/10/2016

## Certificate of Publication

The **Sun Times** is a secular newspaper, has been continuously published weekly for more than fifty (50) weeks prior to the first publication of the attached notice, is published in the city of **Chicago**, county of **Cook County**, State of Illinois, is of general circulation throughout that county and surrounding areas, and is a newspaper as defined by 715 ILCS 5/5.

This notice, a copy of which is attached, was published **Three** times in **Sun Times**, namely one time per week for Three successive weeks.

The first publication of the notice was made in the newspaper, dated and published on **7/27/2016** and the last publication was **8/10/2016**

The notice was also placed on a statewide public notice website as required by 715 ILCS 5/2.1.
In witness, Sun Times has signed this certificate by its registered agent.

Sun Times
By:

*[signature]*

Registered Agent

## Real Estate Notice

IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION WELLS FARGO BANK, NATIONAL ASSOCIATION, AS TRUSTEE UNDER POOLING AND SERVICING AGREEMENT DATED AS OF SEPTEMBER 1, 2006 SECURITIZED ASSET BACKED RECEIVABLES LLC TRUST 2006-HE2 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-HE2 Plaintiff, -v.- CATHERINE M. DOLCE, JPMORGAN CHASE BANK, NATIONAL ASSOCIATION AS SUCCESSOR IN INTEREST TO BANK ONE, COLUMBUS, N.A., MB FINANCIAL BANK, NATIONAL ASSOCIATION AS SUCCESSOR IN INTEREST TO MADISON BANK AND TRUST COMPANY, UNITED STATES OF AMERICA, INTERNAL REVENUE SERVICE, MICHAEL JUNGERT Defendants 1 : 13 CV 2127 801 S. PLYMOUTH COURT # 108 Chicago, IL 60605 JUDGE ANDREA R. WOOD NOTICE OF SPECIAL COMMISSIONER'S SALE PUBLIC NOTICE IS HEREBY GIVEN that pursuant to a Judgment of Foreclosure and Sale entered in the above cause on May 2, 2016, an agent for The Judicial Sales Corporation, Special Commissioner appointed herein, will at 10:30 AM on August 25, 2016, at The Judicial Sales Corporation, One South Wacker Drive - 24th Floor, CHICAGO, IL, 60606, sell at public auction to the highest bidder, as set forth below, the following described real estate: Commonly known as 801 S. PLYMOUTH COURT # 108, Chicago, IL 60605 Property Index No. 17-16-419-006-1006 / 17-16-419-007-1008 / 17-16-419-006-1394. The real estate is improved with a condominium. The judgment amount was $515,550.38. Sale terms: 10% down of the highest bid by certified funds at the close of the sale payable to The Judicial Sales Corporation. No third party checks will be accepted. The balance in certified funds/or wire transfer, is due within twenty-four (24) hours. The subject property is subject to general real estate taxes, special assessments, or special taxes levied against said real estate and is offered for sale without any representation as to quality or quantity of title and without recourse to Plaintiff and in AS IS condition. The sale is further subject to confirmation by the court. Upon payment in full of the amount bid, the purchaser will receive a Certificate of Sale that will entitle the purchaser to a deed to the real estate after confirmation of the sale. Where a sale of real estate is made to satisfy a lien prior to that of the United States, the United States shall have one year from the date of sale within which to redeem, except that with respect to a lien arising under the internal revenue laws the period shall be 120 days or the period allowable for redemption under State law, whichever is longer, and in any case in which, under the provisions of section 505 of the Housing Act of 1950, as amended (12 U.S.C. 1701k), and subsection (d) of section 3720 of title 38 of the United States Code, the right to redeem does not arise, there shall be no right of redemption. The property will NOT be open for inspection and plaintiff makes no representation as to the condition of the property. Prospective bidders are admonished to check the court file to verify all information. If this property is a condominium unit, the purchaser of the unit at the foreclosure sale, other than a mortgagee, shall pay the assessments and the legal fees required by The Condominium Property Act, 765 ILCS 605/9(g)(1) and (g)(4). If this property is a condominium unit which is part of a common interest community, the purchaser of the unit at the foreclosure sale other than a mortgagee shall pay the assessments required by The Condominium Property Act, 765 ILCS 605/18.5(g-1). IF YOU ARE THE MORTGAGOR (HOMEOWNER), YOU HAVE THE RIGHT TO REMAIN IN POSSESSION FOR 30 DAYS AFTER ENTRY OF AN ORDER OF POSSESSION, IN ACCORDANCE WITH SECTION 15-1701(C) OF THE ILLINOIS MORTGAGE FORECLOSURE LAW. You will need a photo identification issued by a government agency (driver's license, passport, etc.) in order to gain entry into our building and the foreclosure sale room in Cook County and the same identification for sales held at other county venues where The Judicial Sales Corporation conducts foreclosure sales. For information, contact Plaintiff s attorney: POTESTIVO & ASSOCIATES, P.C., 223 WEST JACKSON BLVD, STE 610, Chicago, IL 60606, (312) 263-0003 Please refer to file number C14-95369. THE JUDICIAL SALES CORPORATION One South Wacker Drive, 24th Floor, Chicago, IL 60606-4650 (312) 236-SALE You can also visit The Judicial Sales Corporation at www.tjsc.com for a 7 day status report of pending sales. POTESTIVO & ASSOCIATES, P.C. 223 WEST JACKSON BLVD, STE 610 Chicago, IL 60606 (312) 263-0003 E-Mail: ilpleadings@potestivolaw.com Attorney File No. C14-95369 Case Number: 1 : 13 CV 2127 TJSC#: 36-9079 NOTE: Pursuant to the Fair Debt Collection Practices Act, you are advised that Plaintiff s attorney is deemed to be a debt collector attempting to collect a debt and any information obtained will be used for that purpose.

# Chicago Defender

1 : 13 CV 2127
7/27/2016 8/03/2016 8/10/2016

## Certificate of Publication

The **Chicago Defender** is a secular newspaper, has been continuously published weekly for more than fifty (50) weeks prior to the first publication of the attached notice, is published in the city of **Chicago**, county of **Cook County**, State of Illinois, is of general circulation throughout that county and surrounding areas, and is a newspaper as defined by 715 ILCS 5/5.

This notice, a copy of which is attached, was published **Three** times in **Chicago Defender**, namely one time per week for Three successive weeks.

The first publication of the notice was made in the newspaper, dated and published on **7/27/2016** and the last publication was **8/10/2016**

The notice was also placed on a statewide public notice website as required by 715 ILCS 5/2.1.
In witness, Chicago Defender has signed this certificate by its registered agent.

Chicago Defender
By:

*[signature: Brooke Miller]*

Registered Agent

## Legal Text

IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION WELLS FARGO BANK, NATIONAL ASSOCIATION, AS TRUSTEE UNDER POOLING AND SERVICING AGREEMENT DATED AS OF SEPTEMBER 1, 2006 SECURITIZED ASSET BACKED RECEIVABLES LLC TRUST 2006-HE2 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-HE2 Plaintiff, -v.- CATHERINE M. DOLCE, JPMORGAN CHASE BANK, NATIONAL ASSOCIATION AS SUCCESSOR IN INTEREST TO BANK ONE, COLUMBUS, N.A., MB FINANCIAL BANK, NATIONAL ASSOCIATION AS SUCCESSOR IN INTEREST TO MADISON BANK AND TRUST COMPANY, UNITED STATES OF AMERICA, INTERNAL REVENUE SERVICE, MICHAEL JUNGERT Defendants 1 : 13 CV 2127 801 S. PLYMOUTH COURT # 108 Chicago, IL 60605 JUDGE ANDREA R. WOOD NOTICE OF SPECIAL COMMISSIONER'S SALE PUBLIC NOTICE IS HEREBY GIVEN that pursuant to a Judgment of Foreclosure and Sale entered in the above cause on May 2, 2016, an agent for The Judicial Sales Corporation, Special Commissioner appointed herein, will at 10:30 AM on August 25, 2016, at The Judicial Sales Corporation, One South Wacker Drive - 24th Floor, CHICAGO, IL, 60606, sell at public auction to the highest bidder, as set forth below, the following described real estate: Parcel 1: Unit No. 106 and 108 in 801 South Plymouth Court Apartment Condominium, together with its undivided percentage interest in the common elements as defined and delineated in the Declaration of Condominium recorded as Document Number 26826100 as amended from time to time in Section 16, Township 39 North, Range 14, East of the Third Principal Meridian, in Cook County, Illinois. Parcel 2: Unit No. P395 in 801 South Plymouth Court Garage Condominium with its undivided percentage interest in the common elements as defined and delineated in the Declaration of Condominium recorded as Document Number 26826100 as amended from time to time in Section 16, Township 39 North, Range 14, East of the Third Principal Meridian, in Cook County, Illinois. Parcel 3: Easement for pedestrian Access as created by the Operating covenant recorded October 18, 1983 as Document 26826098 and as created by Deed from LaSalle National Bank, a National Banking Association as trustee under Trust Agreement dated October 26, 1981 and known as Trust Number 104467 to William E. Warman and Melody A. Warman, His Wife dated May 1, 1984 and recorded June 19, 1984 as Document 27135222 (for Unit 106) and 27337608 (for Unit 108), in Cook County, Illinois. Parcel 4: Easement for Vehicular access as created by the operating covenant recorded October 18, 1983 as Document 26826098 and as created by Deed from LaSalle National Bank, a National Banking Association as trustee under Trust Agreement dated October 26, 1981 and known as Trust Number 104467 to William E. Warman and Melody A. Warman dated March 24, 1986 and recorded April 1, 1986 as Document 86123788, in Cook County, Illinois. Commonly known as 801 S. PLYMOUTH COURT # 108, Chicago, IL 60605 Property Index No. 17-16-419-006-1006 / 17-16-419-007-1008 / 17-16-419-006-1394. The real estate is improved with a condominium. The judgment amount was $515,550.38. Sale terms: 10% down of the highest bid by certified funds at the close of the sale payable to The Judicial Sales Corporation. No third party checks will be accepted. The balance in certified funds/or wire transfer, is due within twenty-four (24) hours. The subject property is subject to general real estate taxes, special assessments, or special taxes levied against said real estate and is offered for sale without any representation as to quality or quantity of title and without recourse to Plaintiff and in AS IS condition. The sale is further subject to confirmation by the court. Upon payment in full of the amount bid, the purchaser will receive a Certificate of Sale that will entitle the purchaser to a deed to the real estate after confirmation of the sale. Where a sale of real estate is made to satisfy a lien prior to that of the United States, the United States shall have one year from the date of sale within which to redeem, except that with respect to a lien arising under the internal revenue laws the period shall be 120 days or the period allowable for redemption under State law, whichever is longer, and in any case in which, under the provisions of section 505 of the Housing Act of 1950, as amended (12 U.S.C. 1701k), and subsection (d) of section 3720 of title 38 of the United States Code, the right to redeem does not arise, there shall be no right of redemption. The property will NOT be open for inspection and plaintiff makes no representation as to the condition of the property. Prospective bidders are admonished to check the court file to verify all information. If this property is a condominium unit, the purchaser of the unit at the foreclosure sale, other than a mortgagee, shall pay the assessments and the legal fees required by The Condominium Property Act, 765 ILCS 605/9(g)(1) and (g)(4). If this property is a condominium unit which is part of a common interest community, the purchaser of the unit at the foreclosure sale other than a mortgagee shall pay the assessments required by The Condominium Property Act, 765 ILCS 605/18.5(g-1). IF YOU ARE THE MORTGAGOR (HOMEOWNER), YOU HAVE THE RIGHT TO REMAIN IN POSSESSION FOR 30 DAYS AFTER ENTRY OF AN ORDER OF POSSESSION, IN ACCORDANCE WITH SECTION 15-1701(C) OF THE ILLINOIS MORTGAGE FORECLOSURE LAW. You will need a photo identification issued by a government agency (driver's license, passport, etc.) in order to gain entry into our building and the foreclosure sale room in Cook County and the same identification for sales held at other county venues where The Judicial Sales Corporation conducts foreclosure sales. For information, contact Plaintiff s attorney: POTESTIVO & ASSOCIATES, P.C., 223 WEST JACKSON BLVD, STE 610, Chicago, IL 60606, (312) 263-0003 Please refer to file number C14-95369. THE JUDICIAL SALES CORPORATION One South Wacker Drive, 24th Floor, Chicago, IL 60606-4650 (312) 236-SALE You can also visit The Judicial Sales Corporation at www.tjsc.com for a 7 day status report of pending sales. POTESTIVO & ASSOCIATES, P.C. 223 WEST JACKSON BLVD, STE 610 Chicago, IL 60606 (312) 263-0003 E-Mail: ilpleadings@potestivolaw.com Attorney File No. C14-95369 Case Number: 1 : 13 CV 2127 TJSC#: 36-9079 NOTE: Pursuant to the Fair Debt Collection Practices Act, you are advised that Plaintiff s attorney is deemed to be a debt collector attempting to collect a debt and any information obtained will be used for that purpose.

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

WELLS FARGO BANK, NATIONAL
ASSOCIATION, AS TRUSTEE UNDER POOLING
AND SERVICING AGREEMENT DATED AS OF
SEPTEMBER 1, 2006 SECURITIZED ASSET
BACKED RECEIVABLES LLC TRUST 2006-HE2
MORTGAGE PASS-THROUGH CERTIFICATES,
SERIES 2006-HE2

    Plaintiff,

-v.-

CATHERINE M. DOLCE, JPMORGAN CHASE
BANK, NATIONAL ASSOCIATION AS
SUCCESSOR IN INTEREST TO BANK ONE,
COLUMBUS, N.A., MB FINANCIAL BANK,
NATIONAL ASSOCIATION AS SUCCESSOR IN
INTEREST TO MADISON BANK AND TRUST
COMPANY, UNITED STATES OF AMERICA,
INTERNAL REVENUE SERVICE, MICHAEL
JUNGERT

    Defendants

1 : 13 CV 2127

801 S. PLYMOUTH COURT # 108
Chicago, IL 60605

JUDGE Andrea R. Wood

## RECEIPT OF SALE

    I, the undersigned, an authorized signatory for The Judicial Sales Corporation, (TJSC) Special Commissioner appointed in the matter captioned above do hereby certify, that pursuant to a Judgment of Foreclosure and Sale entered herein, the plaintiff duly advertised in compliance with 735 ILCS 5/15-1507(c), the following described real estate to be sold at public auction to the highest bidder for cash on August 25, 2016 at 10:30 AM, at The Judicial Sales Corporation, One South Wacker Drive - 24th Floor, CHICAGO, IL 60606.

    Whereupon, WELLS FARGO BANK, NATIONAL ASSOCIATION, AS TRUSTEE UNDER POOLING AND SERVICING AGREEMENT DATED AS OF SEPTEMBER 1, 2006 SECURITIZED ASSET BACKED RECEIVABLES LLC TRUST 2006-HE2 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-HE2 offered and bid therefore the sum of ($405,000.00) and that being the highest and best bid, an agent of TJSC accordingly struck off and sold to said bidder the following described real estate:

Parcel 1: Unit No. 106 and 108 in 801 South Plymouth Court Apartment Condominium, together with its undivided percentage interest in the common elements as defined and delineated in the Declaration of Condominium recorded as Document Number 26826100 as amended from time to time in Section 16, Township 39 North, Range 14, East of the Third Principal Meridian, in Cook County, Illinois. Parcel 2: Unit No. P395 in 801 South Plymouth Court Garage Condominium with its undivided percentage interest in the common elements as defined and delineated in the Declaration of Condominium recorded as Document Number 26826100 as amended from time to time in Section 16, Township 39 North, Range 14, East of the Third Principal Meridian, in Cook County, Illinois. Parcel 3: Easement for pedestrian

Access as created by the Operating covenant recorded October 18, 1983 as Document 26826098 and as created by Deed from LaSalle National Bank, a National Banking Association as trustee under Trust Agreement dated October 26, 1981 and known as Trust Number 104467 to William E. Warman and Melody A. Warman, His Wife dated May 1, 1984 and recorded June 19, 1984 as Document 27135222 (for Unit 106) and 27337608 (for Unit 108), in Cook County, Illinois. Parcel 4: Easement for Vehicular access as created by the operating covenant recorded October 18, 1983 as Document 26826098 and as created by Deed from LaSalle National Bank, a National Banking Association as trustee under Trust Agreement dated October 26, 1981 and known as Trust Number 104467 to William E. Warman and Melody A. Warman dated March 24, 1986 and recorded April 1, 1986 as Document 86123788, in Cook County, Illinois.

Commonly known as 801 S. PLYMOUTH COURT # 108, Chicago, IL 60605

Property Index No. 17-16-419-006-1006 / 17-16-419-007-1008 / 17-16-419-006-1394.

The Judicial Sales Corporation has this day received a credit bid as full payment from said bidder in the amount of $405,000.00.

Witness my hand and seal, on this 25th day of August, 2016.

Attorney File No.: C14-95369  
Email: ilpleadings@potestivolaw.com

The Judicial Sales Corporation

By: _____  
Wendy Pineda

Case Number: 1 : 13 CV 2127

THE JUDICIAL SALES CORPORATION One South Wacker Drive, 24th Floor • Chicago, IL 60606-4650  
(312) 236-SALE

NOTE: Pursuant to the Fair Debt Collection Practices Act, you are advised that Plaintiff's attorney is deemed to be a debt collector attempting to collect a debt and any information obtained will be used for that purpose.

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

WELLS FARGO BANK, NATIONAL ASSOCIATION, AS TRUSTEE UNDER POOLING AND SERVICING AGREEMENT DATED AS OF SEPTEMBER 1, 2006 SECURITIZED ASSET BACKED RECEIVABLES LLC TRUST 2006-HE2 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-HE2

Plaintiff,

-v.-

CATHERINE M. DOLCE, JPMORGAN CHASE BANK, NATIONAL ASSOCIATION AS SUCCESSOR IN INTEREST TO BANK ONE, COLUMBUS, N.A., MB FINANCIAL BANK, NATIONAL ASSOCIATION AS SUCCESSOR IN INTEREST TO MADISON BANK AND TRUST COMPANY, UNITED STATES OF AMERICA, INTERNAL REVENUE SERVICE, MICHAEL JUNGERT

Defendants

1 : 13 CV 2127

801 S. PLYMOUTH COURT # 108
Chicago, IL 60605

JUDGE Andrea R. Wood

## CERTIFICATE OF SALE

I, the undersigned, an authorized signatory for The Judicial Sales Corporation, Special Commissioner appointed in the matter captioned above, do hereby certify, that pursuant to a Judgment of Foreclosure entered herein, the plaintiff duly advertised in compliance with 735 ILCS 5/15-1507(c), the following described real estate to be sold at public auction to the highest bidder for cash on August 25, 2016 at 10:30 AM, at The Judicial Sales Corporation, One South Wacker Drive - 24th Floor, CHICAGO, IL, 60606.

That the property was offered for sale at public auction to the highest bidder on the terms specified in said advertisement;

Whereupon, WELLS FARGO BANK, NATIONAL ASSOCIATION, AS TRUSTEE UNDER POOLING AND SERVICING AGREEMENT DATED AS OF SEPTEMBER 1, 2006 SECURITIZED ASSET BACKED RECEIVABLES LLC TRUST 2006-HE2 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-HE2 (the plaintiff herein) offered and bid therefor the sum of FOUR HUNDRED FIVE THOUSAND AND 00/100 ($405,000.00) and that being the highest and best bid, an agent of The Judicial Sales Corporation accordingly struck off and sold to said bidder the following described real estate:

Certificate of Sale

Parcel 1: Unit No. 106 and 108 in 801 South Plymouth Court Apartment Condominium, together with its undivided percentage interest in the common elements as defined and delineated in the Declaration of Condominium recorded as Document Number 26826100 as amended from time to time in Section 16, Township 39 North, Range 14, East of the Third Principal Meridian, in Cook County, Illinois. Parcel 2: Unit No. P395 in 801 South Plymouth Court Garage Condominium with its undivided percentage interest in the common elements as defined and delineated in the Declaration of Condominium recorded as Document Number 26826100 as amended from time to time in Section 16, Township 39 North, Range 14, East of the Third Principal Meridian, in Cook County, Illinois. Parcel 3: Easement for pedestrian Access as created by the Operating covenant recorded October 18, 1983 as Document 26826098 and as created by Deed from LaSalle National Bank, a National Banking Association as trustee under Trust Agreement dated October 26, 1981 and known as Trust Number 104467 to William E. Warman and Melody A. Warman, His Wife dated May 1, 1984 and recorded June 19, 1984 as Document 27135222 (for Unit 106) and 27337608 (for Unit 108), in Cook County, Illinois. Parcel 4: Easement for Vehicular access as created by the operating covenant recorded October 18, 1983 as Document 26826098 and as created by Deed from LaSalle National Bank, a National Banking Association as trustee under Trust Agreement dated October 26, 1981 and known as Trust Number 104467 to William E. Warman and Melody A. Warman dated March 24, 1986 and recorded April 1, 1986 as Document 86123788, in Cook County, Illinois.

Commonly known as 801 S. PLYMOUTH COURT # 108, Chicago, IL 60605

Property Index No. 17-16-419-006-1006 / 17-16-419-007-1008 / 17-16-419-006-1394

This Certificate of Sale is issued subject to confirmation of sale at which time the holder of this Certificate of Sale will be entitled to a deed.

Witness my hand and seal, in duplicate, on this 25th day of August, 2016.

Attorney File No.: C14-95369  
Email: ilpleadings@potestivolaw.com  
Attorney Code #

The Judicial Sales Corporation

By: _____  
Wendy Pineda

THE JUDICIAL SALES CORPORATION One South Wacker Drive, 24th Floor, Chicago, IL 60606-4650 (312) 236-SALE

NOTE: Pursuant to the Fair Debt Collection Practices Act, you are advised that Plaintiff's attorney is deemed to be a debt collector attempting to collect a debt and any information obtained will be used for that purpose.

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| WELLS FARGO BANK, NATIONAL ASSOCIATION, AS TRUSTEE UNDER POOLING AND SERVICING AGREEMENT DATED AS OF SEPTEMBER 1, 2006 SECURITIZED ASSET BACKED RECEIVABLES LLC TRUST 2006-HE2 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-HE2<br><br>          Plaintiff,<br><br>          -v.-<br><br>CATHERINE M. DOLCE, JPMORGAN CHASE BANK, NATIONAL ASSOCIATION AS SUCCESSOR IN INTEREST TO BANK ONE, COLUMBUS, N.A., MB FINANCIAL BANK, NATIONAL ASSOCIATION AS SUCCESSOR IN INTEREST TO MADISON BANK AND TRUST COMPANY, UNITED STATES OF AMERICA, INTERNAL REVENUE SERVICE, MICHAEL JUNGERT<br><br>          Defendants | 1 : 13 CV 2127<br><br>801 S. PLYMOUTH COURT # 108<br>Chicago, IL 60605<br><br>JUDGE Andrea R. Wood |

## DUPLICATE CERTIFICATE OF SALE

    I, the undersigned, an authorized signatory for The Judicial Sales Corporation, Special Commissioner appointed in the matter captioned above, do hereby certify, that pursuant to a Judgment of Foreclosure entered herein, the plaintiff duly advertised in compliance with 735 ILCS 5/15-1507(c), the following described real estate to be sold at public auction to the highest bidder on August 25, 2016 at 10:30 AM, at The Judicial Sales Corporation, One South Wacker Drive - 24th Floor, CHICAGO, IL, 60606.

    That the property was offered for sale at the public auction to the highest bidder on the terms specified in said advertisement;

    Whereupon, WELLS FARGO BANK, NATIONAL ASSOCIATION, AS TRUSTEE UNDER POOLING AND SERVICING AGREEMENT DATED AS OF SEPTEMBER 1, 2006 SECURITIZED ASSET BACKED RECEIVABLES LLC TRUST 2006-HE2 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-HE2 , the plaintiff, offered and bid therefor the sum of FOUR HUNDRED FIVE THOUSAND AND 00/100 ($405,000.00) and that being the highest and best bid, an agent of The Judicial Sales Corporation accordingly struck off and sold to said bidder the following described real estate:

Duplicate Certificate of Sale

Parcel 1: Unit No. 106 and 108 in 801 South Plymouth Court Apartment Condominium, together with its undivided percentage interest in the common elements as defined and delineated in the Declaration of Condominium recorded as Document Number 26826100 as amended from time to time in Section 16, Township 39 North, Range 14, East of the Third Principal Meridian, in Cook County, Illinois. Parcel 2: Unit No. P395 in 801 South Plymouth Court Garage Condominium with its undivided percentage interest in the common elements as defined and delineated in the Declaration of Condominium recorded as Document Number 26826100 as amended from time to time in Section 16, Township 39 North, Range 14, East of the Third Principal Meridian, in Cook County, Illinois. Parcel 3: Easement for pedestrian Access as created by the Operating covenant recorded October 18, 1983 as Document 26826098 and as created by Deed from LaSalle National Bank, a National Banking Association as trustee under Trust Agreement dated October 26, 1981 and known as Trust Number 104467 to William E. Warman and Melody A. Warman, His Wife dated May 1, 1984 and recorded June 19, 1984 as Document 27135222 (for Unit 106) and 27337608 (for Unit 108), in Cook County, Illinois. Parcel 4: Easement for Vehicular access as created by the operating covenant recorded October 18, 1983 as Document 26826098 and as created by Deed from LaSalle National Bank, a National Banking Association as trustee under Trust Agreement dated October 26, 1981 and known as Trust Number 104467 to William E. Warman and Melody A. Warman dated March 24, 1986 and recorded April 1, 1986 as Document 86123788, in Cook County, Illinois.

Commonly known as 801 S. PLYMOUTH COURT # 108, Chicago, IL 60605

Property Index No. 17-16-419-006-1006 / 17-16-419-007-1008 / 17-16-419-006-1394

This Certificate of Sale is issued subject to confirmation of sale at which time the holder of this Certificate of Sale will be entitled to a deed.

Witness my hand and seal, in duplicate, on this 25th day of August, 2016.

Attorney File No.: C14-95369  
Email: ilpleadings@potestivolaw.com  
Attorney Code #

The Judicial Sales Corporation

By: _____  
Wendy Pineda

THE JUDICIAL SALES CORPORATION One South Wacker Drive, 24th Floor, Chicago, IL 60606-4650 (312) 236-SALE

NOTE: Pursuant to the Fair Debt Collection Practices Act, you are advised that Plaintiff's attorney is deemed to be a debt collector attempting to collect a debt and any information obtained will be used for that purpose.